UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| TERRY G. CROSSAN, | Case No. 6:12-cv-00456-AA |
| Plaintiff, | ORDER OF DISMISSAL WITH PREJUDICE |
| vs. | |
| H.D. FOWLER COMPANY, INC., A Washington Corporation, | |
| Defendant. | |

Based upon the Unopposed Motion to Dismiss Case filed on 1/7/2013, and the parties informing the court that this matter has been fully settled. It is hereby ordered the case and shall be dismissed with prejudice.

Dated: January 10th 2013.

_____
ANN AIKEN
United States District Judge